# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128770

KMART OF MICHIGAN, INC.,
      Plaintiff-Appellee,

v

SC: 128770
COA: 251378
Oakland CC: 2002-044442-CZ

250 MARTIN INVESTMENTS, LLC,
      Defendant-Appellant,

and

JOHN SHEKERJIAN and JANET SHEKERJIAN,
      Defendants.
_____/

      On order of the Court, the application for leave to appeal the April 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

d1208